UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ELBERT DAWKINS, on behalf of himself and all others
similarly situated,

                                           Case No.: 1:23-cv-207

                           Plaintiff,

    -against-

Brandy Library Lounge, LLC

                           Defendants.
-------------------------------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: January 26, 2024                Dated: January 26, 2024

    Hackensack, New Jersey              New York, New York

*s/Mark Rozenberg*                    *s/Max D. Leifer*
Mark Rozenberg, Esq.                 Max D. Leifer
STEIN SAKS, PLLC                  Law Offices of Max D. Leifer, P.C.
One University Plaza, Suite 620       135 West 26th Street Suite 11D
Hackensack, NJ 07601             New York, NY 10001
201.282.6500                    212-334-9699
mrozenberg@steinsakslegal.com     info@maxleifer.com
*Attorneys for Plaintiff*               *Attorneys for Defendant*